IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | DOCKET NO.: 1:25-CR-30 |
|---|---|
| v. | AFFIDAVIT IN SUPPORT OF |
| JOHN LEWIS GRINDSTAFF | BILL OF INFORMATION AND ARREST WARRANT |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and offers this Affidavit in support of the Bill of Information filed in this case.

The undersigned hereby certifies that the facts set forth in the Factual Basis filed in this case (Doc. 3) are true and accurate, and that they establish probable cause to believe that the defendant committed the offenses in the Bill of Information. The United States incorporates that Factual Basis into this Affidavit by reference.

Pursuant to Fed. R. Crim. P. 9(a), the United States requests that the Court issue a warrant for the defendant's arrest to face the charges in the Bill of Information.

RESPECTFULLY SUBMITTED, this the 16th day of May 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s Annabelle M. Chambers
ANNABELLE M. CHAMBERS
SPECIAL ASSISTANT UNITED STATES ATTORNEY
North Carolina State Bar No. 55735
100 Otis Street, Room 300
Asheville, NC 28801
Telephone: (828) 271-4661
Email: Annabelle.Chambers@usdoj.gov